```
1  ELHADI BENKIRANE                          U.S. COURTS
   PLAINTIFF IN PRO PER
2  305 N LINCOLN STREET                      SEP 03 2025
3  POST FALLS, ID 83854                  Rcvd____Filed____Time 2:30 pm
   benkirane.hadi@gmail.com              STEPHEN W. KENYON
4  805.630.7445                          CLERK, DISTRICT OF IDAHO
5
6              IN THE UNITED STATES DISTRICT COURT
7                  FOR THE DISTRICT OF IDAHO
8
                                    ) Case No: 2:25-cv-00314
9  ELHADI BENKIRANE,                )
10                                  )   APPLICATION FOR
              Plaintiff,            )   PERMISSION FOR
11                                  )   ELECTRONIC FILING
12 v.                               )
                                    )
13 MAGELLAN HEALTHCARE, INC.;       )
14 DAVID WELSH; DAVID TOVAR;        )
   and DOES 1-10,                   )
15                                  )
16            Defendants.           )
```

- 1 -

As the Plaintiff Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the instructions available on the Court's website at https://www.id.uscourts.gov/district/ecf/Filing_in_ECF.cfm

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:

- A Computer with internet access.

- An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

- A scanner to convert documents that are only in paper format int electronic files.

- A printer or copier to create required paper copies such as chambers copies.

- A word-processing program to create documents; and A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 09/03/2025                Signature: _____