**Elhadi Benkirane**
305 N. Lincoln Street
Post Falls, Idaho 83854
(562) 391-1442
Benkirane.hadi@gmail.com

U.S. COURTS

APR 17 2026

Rovd_____Filed_____Time_____
(STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

April _11_, 2026

**Clerk of Court**
United States District Court
District of Idaho
6450 North Mineral Drive,

Coeur d'Alene, Idaho 83815

**Re:** Benkirane v. Magellan Healthcare Inc. et al., Case No. 2:25-cv-00314-DCN

   Plaintiff's Notice of Verified Service Address and Motion to Direct Re-Attempt of Service on Defendant David Welsh

Dear Clerk of Court:

Enclosed for filing in the above-captioned matter, please find the following documents submitted by Plaintiff Elhadi Benkirane, proceeding pro se and in forma pauperis pursuant to this Court's Order of July 25, 2025 (Dkt. 5):

1.   Plaintiff's Notice of Verified Service Address and Motion to Direct Re-Attempt of Service, Extend Service Deadline, and for Alternative Service Authorization; and

2.   Proposed Order Directing Re-Attempt of Service on Defendant David Welsh, Extending Service Deadline, and Granting Alternative Service Authorization.

By way of brief background, the Court's docket reflects that prior service attempted on Defendant David Welsh was returned undeliverable with the notation "Return to Sender / No Such Street / Unable to Forward." Dkt. 8. Plaintiff has since conducted a diligent investigation and has identified Welsh's current verified place of business as 333 W. Rossi Street, Boise, Idaho 83706. The enclosed motion requests that the Court direct the United States Marshal to re-attempt personal service on Welsh at that address, extend the service deadline accordingly, and authorize alternative service methods in the event personal service cannot be accomplished.

Because Plaintiff is proceeding in forma pauperis, service is to be effected by the United States Marshal pursuant to 28 U.S.C. § 1915(d). Plaintiff respectfully requests that the Court transmit the necessary paperwork to the United States Marshal's Service upon entry of the proposed order.

Plaintiff has simultaneously served copies of the enclosed documents on all counsel of record via the Court's CM/ECF system. A Certificate of Service is attached to the motion.

If you have any questions or require any additional information, please do not hesitate to contact Plaintiff at the address or telephone number listed above.

Respectfully submitted,

**Elhadi Benkirane**
Plaintiff, Pro Se
305 N. Lincoln Street
Post Falls, Idaho 83854
(562) 391-1442
Benkirane.hadi@gmail.com


**Enclosures:** Plaintiff's Notice of Verified Service Address and Motion to Direct Re-Attempt of Service; Proposed Order
**cc:** Trout & Jones PLLC (service@trout-law.com); Crowell & Moring LLP (cflynn@crowell.com; nnandi@crowell.com)