Elhadi Benkirane
Plaintiff, Pro Se
305 N. Lincoln Street
Post Falls, ID 83854
562.391.1442
Benkirane.hadi@gmail.com

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELHADI BENKIRANE,<br><br>              *Plaintiff,*<br><br>v.<br><br>MAGELLAN HEALTHCARE, INC.<br>DAVID WELSH; DAVID TOVAR; and<br>DOES 1 through 10,<br><br>              *Defendants.* | *Case No. 2:25-cv-00314-DCN*<br><br>**[PROPOSED] ORDER DIRECTING RE-ATTEMPT OF SERVICE ON DEFENDANT DAVID WELSH** |

Before the Court is Plaintiff Elhadi Benkirane's Notice of Verified Service Address for Defendant David Welsh and Motion to Direct Re-Attempt of Service, Extend Service Deadline, and for Alternative Service Authorization.

Having reviewed the motion,the record in this case, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion is     **GRANTED.**

2. The United States Marshal is directed to re-attempt personal service on Defendant David Welshat the following verified address:

**Magellan Healthcare of Idaho333 W. Rossi Street Boise, Idaho 83706**

Service shall be attempted during normal business hours. If Defendant Welsh is not personally present, the Marshal is authorized to leave copies of the summons and complaint with a person of suitable age and discretion employed at that location in accordance with *Federal Rule of Civil Procedure 4(e).*

3. The deadline for completion of service on Defendant David Welsh is hereby extended to _____, 2026, which is 60 days from the date of this Order.

4. If personal service cannot be accomplished at the above address after two reasonable attempts during normal business hours, Plaintiff may file a further motion requesting alternative service authorization.

5. In the alternative, defense counsel Trout & Jones PLLC and Crowell & Moring LLP are hereby ordered to either: a. Accept service of Plaintiff's First Amended Complaint on behalf of Defendant David Welsh within **14 days** of the date of this Order, or b. Disclose Defendant Welsh's correct personal service address to Plaintiff and the Court within **14 days** of the date of this Order.

**IT IS SO ORDERED.**

DATED: _____

_____

The Honorable David C. Nye United States District Judge District of Idaho

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

**Elhadi Benkirane**
Plaintiff, Pro Se
305 N. Lincoln Street
Post Falls, Idaho 83854
(562) 391-1442
Benkirane.hadi@gmail.com

---

### ELHADI BENKIRANE,
Plaintiff,

v.

### MAGELLAN HEALTHCARE, INC.,
### DAVID WELSH, DAVID TOVAR, and
### DOES 1 through 10,
Defendants.

### Case No. 2:25-cv-00314-DCN

---

1

# CERTIFICATE OF SERVICE

---

I, Elhadi Benkirane, hereby certify under penalty of perjury that on April _____, 2026, I caused a true and correct copy of the following documents to be served upon all counsel of record in the above-captioned matter:

1. Plaintiff's Notice of Verified Service Address and Motion to Direct Re-Attempt of Service, Extend Service Deadline, and for Alternative Service Authorization; and
2. Proposed Order Directing Re-Attempt of Service on Defendant David Welsh, Extending Service Deadline, and Granting Alternative Service Authorization.

Service was accomplished by the following method:

☑ Electronic filing via the Court's CM/ECF system, which generates automatic electronic notice to all registered counsel of record.

The following counsel of record received electronic notice through CM/ECF:

**Counsel for Defendants Magellan Healthcare Inc. and David Tovar:**
Kim J. Trout
Alyssa R. Jones
Trout and Jones PLLC
service@trout-law.com
3778 N. Plantation River Drive, Suite 101
Boise, Idaho 83703

Christopher Flynn
Crowell and Moring LLP
cflynn@crowell.com
1001 Pennsylvania Avenue N.W.
Washington, D.C. 20004

Neil Nandi
Crowell and Moring LLP
nnandi@crowell.com
300 N. LaSalle Drive, Suite 2500
Chicago, Illinois 60654

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this __11__ day of April, 2026, at Post Falls, Idaho.

**Elhadi Benkirane**
Plaintiff, Pro Se
305 N. Lincoln Street
Post Falls, Idaho 83854
(562) 391-1442
Benkirane.hadi@gmail.com

3