Case 2:25-cv-00314-DCN    Document 36-2    Filed 04/17/26    Page 1 of 1

from: Elhadi Benkuane
7506 Baergs Rd
Riverside, CA
92507

Retail


UNITED STATES
POSTAL SERVICE®


83815

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
RIVERSIDE, CA 92501
APR 13, 2026

$2.44

S2324Y502238-67

Clerk of Court
United States District Court
District of Idaho
6450 North Mineral Drive
Coeur D'alene, Idaho
83815

EXAMINED

APR 1 6 2026

U.S. MARSHAL
District of Idaho