Kim J. Trout ISB# 2468
Alyssa R. Jones ISB #12181
service@trout-law.com
Trout & Jones PLLC
3778 N. Plantation River Drive
Suite 101
Boise, ID 83703
Telephone:     (208) 577-5755
Facsimile:      (208) 577-5756

Christopher Flynn (*pro hac vice* pending)
 Cflynn@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:     (202) 624-2500
Facsimile:      (202) 628-5116

Neil Nandi (*pro hac vice* pending)
 NNandi@crowell.com
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
Telephone:     (312) 321-4200
Facsimile:      (312) 321-4299

*Attorneys for Defendants*
Magellan Healthcare Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ELHADI BENKIRANE,<br><br>      Plaintiff,<br><br>vs.<br><br>MAGELLAN HEALTHCARE, INC.; DAVID WELSH; DAVID TOVAR; AND DOES 1-10,<br><br>      Defendants. | CASE NO. 2:25-CV-00314-DCN<br><br>ACKNOWLEDGEMENT OF SERVICE |

I, Neil Nandi, counsel for Defendant David Welsh, hereby acknowledge service of the First Amended Complaint and Summons in the above-styled action effective April 21, 2026. I am authorized by the above-named Defendant to accept and acknowledge service of process of the Complaint, and the above-named Defendant hereby waives objection to the sufficiency of such service.

**ACKNOWLEDGEMENT OF SERVICE | Page 1**

DATED April 22, 2026.


___/s/ Neil Nandi_____          ___/s/ Alyssa R. Jones_____
Neil Nandi                                Alyssa R. Jones


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2026, a true and correct copy of the above and foregoing document was forwarded via eMail as follows:

Elhadi Benkirane
305 N. Lincoln St.
Post Falls, ID 83854
Benkirane.hadi@gmail.com


___/s/ Alyssa R. Jones_____
Alyssa R. Jones


**ACKNOWLEDGEMENT OF SERVICE | Page 2**