Kim J. Trout ISB# 2468
Alyssa R. Jones ISB #12181
service@trout-law.com
Trout & Jones PLLC
3778 N. Plantation River Drive
Suite 101
Boise, ID 83703
Telephone:    (208) 577-5755
Facsimile:    (208) 577-5756

Christopher Flynn (*pro hac vice* pending)
 Cflynn@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:    (202) 624-2500
Facsimile:    (202) 628-5116

Neil Nandi (*pro hac vice* pending)
 NNandi@crowell.com
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
Telephone:    (312) 321-4200
Facsimile:    (312) 321-4299

*Attorneys for Defendants*
Magellan Healthcare Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELHADI BENKIRANE,<br><br>        Plaintiff,<br><br>vs.<br><br>MAGELLAN HEALTHCARE, INC.; DAVID WELSH; DAVID TOVAR; AND DOES 1-10,<br><br>        Defendants. | CASE NO. 2:25-CV-00314-DCN<br><br>NOTICE OF APPEARANCE |

NOTICE IS HEREBY GIVEN that Kim J. Trout and Alyssa R. Jones of the firm Trout & Jones, PLLC, and Christopher Flynn and Neil Nandi of the firm Crowell & Moring, LLP hereby enters their appearance on behalf of David Welsh.

**NOTICE OF APPEARANCE | Page 1**

DATED April 22, 2026.


_/s/ Neil Nandi_____          __/s/ Kim J. Trout_____
Neil Nandi                                Kim J. Trout


__/s/ Alyssa R. Jones_____
Alyssa R. Jones

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2026, a true and correct copy of the above and foregoing document was forwarded via eMail as follows:

Elhadi Benkirane
305 N. Lincoln St.
Post Falls, ID 83854
Benkirane.hadi@gmail.com


__/s/ Alyssa R. Jones_____
Alyssa R. Jones

**NOTICE OF APPEARANCE | Page 2**