Kim J. Trout ISB# 2468
Alyssa R. Jones ISB #12181
service@trout-law.com
Trout & Jones PLLC
3778 N. Plantation River Drive
Suite 101
Boise, ID 83703
Telephone:      (208) 577-5755
Facsimile:      (208) 577-5756

Christopher Flynn (*pro hac vice* pending)
 Cflynn@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:      (202) 624-2500
Facsimile:      (202) 628-5116

Neil Nandi (*pro hac vice* pending)
 NNandi@crowell.com
CROWELL & MORING LLP
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
Telephone:      (312) 321-4200
Facsimile:      (312) 321-4299

*Attorneys for Defendants*
*Magellan Healthcare Inc., David Welsh, and*
*David Tovar*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ELHADI BENKIRANE,<br><br>          Plaintiff,<br><br>vs.<br><br>MAGELLAN HEALTHCARE, INC.; DAVID WELSH; DAVID TOVAR; AND DOES 1-10,<br><br>          Defendants. | CASE NO. 2:25-CV-00314-DCN<br><br>DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT |

Defendants Magellan Healthcare Inc. ("Magellan"), David Welsh, and David Tovar (together, "Defendants") hereby move to dismiss Plaintiff Elhadi Benkirane's ("Plaintiff" or "Benkirane") Amended Complaint under Rules 12(b)(1) and 12(b)(6). This Motion is supported by the Memorandum in Support filed concurrently herewith, as well as the other documents on file herein.

DATED April 29, 2026.


_/s/ Neil Nandi_                              _/s/ Kim J. Trout_
Neil Nandi                                    Kim J. Trout



_/s/ Christopher Flynn_                       _/s/ Alyssa R. Jones_
Christopher Flynn                             Alyssa R. Jones


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2026, a true and correct copy of the above and foregoing document was forwarded via eMail as follows:

Elhadi Benkirane
305 N. Lincoln St.
Post Falls, ID 83854
Benkirane.hadi@gmail.com

                          _/s/ Alyssa R. Jones_
                          Alyssa R. Jones

2