Elhadi  Benkirane
305 N Lincoln Street Unit A
Post Falls, ID 83854

**United States Courts**
McClure Federal Building and Courthouse
550 W. Fort St.
Boise, ID 83724

OFFICIAL BUSINESS

U.S. COURTS

MAY 1 4 2026

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

BOISE ID RPDC 837

4 MAY 2026 PM 1

quadient

FIRST-CLASS MAIL
IMI
$000.74
05/01/2026 ZIP 83724
043M31263094

NIXIE          992    DC 1          0005/10/26

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 83724          *1336-02352-04-44