Elhadi Benkirane
7506 Baerss Rd,
Riverside, California 92507
Telephone: (562) 391-1442
Benkirane.hadi@gmail.com
Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELHADI BENKIRANE,<br>*Plaintiff,*<br><br>vs.<br><br>MAGELLAN HEALTHCARE, INC.; DAVID WELSH; DAVID TOVAR; AND DOES 1-10,<br><br>*Defendants.* | **Case No. 2:25-CV-00314-DCN**<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____May 16_____, 2026, true and correct copies of the following documents were forwarded via Mail to the persons listed below:

- Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint;
- Plaintiff's Statement of Facts in Opposition to Defendants' Motion to Dismiss;
- Plaintiff's Exhibit List (Exhibits A through X); and
- This Certificate of Service.

**Documents were served upon the following:**

**Kim J. Trout**
Alyssa R. Jones
Trout & Jones PLLC

3778 N. Plantation River Drive, Suite 101

Boise, ID 83703

service@trout-law.com

**Christopher Flynn (pro hac vice pending)**

Crowell & Moring LLP

1001 Pennsylvania Avenue, N.W.

Washington, D.C. 20004

Cflynn@crowell.com

**Neil Nandi (pro hac vice pending)**

Crowell & Moring LLP

455 N. Cityfront Plaza Drive, Suite 3600

Chicago, IL 60611

NNandi@crowell.com



/s/ _____

Elhadi Benkirane
7506 Baerss Rd,
Riverside, California 92507
Telephone: (562) 391-1442
Benkirane.hadi@gmail.com
Plaintiff, Pro Se