Elhadi Benkirane
Plaintiff, Pro Se
7506 Baerss Rd ,
Riverside CA 92507
562.391.1442
Benkirane.hadi@gmail.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| . | *Case No. 2:25-cv-00314-DCN* |
| ELHADI BENKIRANE,<br><br>            *Plaintiff*,<br><br>v.<br><br>MAGELLAN HEALTHCARE, INC.<br>DAVID WELSH; DAVID TOVAR; and<br>DOES  1 through 10,<br><br>            *Defendants.* | **EXHIBIT 1 BH Business,**<br>**"Magellan Health to Become**<br>**Independent Again Under Madison**<br>**Health Group Deal" (Feb. 17, 2026).**<br><br>Hon. David C. Nye<br>United States District Judge |

REPORTS     ABOUT     CONTACT     ADVERTISING     EVENTS
WEBINARS     BHB BRANDS     BHB+     PODCAST

SUBSCRIBE



Facility Type     Regulation     Finance     Operations     Reimbursement

Treatment Type     Executive Forum





# Magellan Health to Become Independent Again Under Madison Health Group Deal

By **Laura Lovett** | February 17, 2026

Erol Ahmed on Unsplash



**Share**

Madison Health Group (MHG) has announced its plans to purchase managed behavioral health provider Magellan Health.

This comes roughly five years after payer giant Centene Corporation (NYSE: CNC) bought Magellan Health at a valuation of $2.2 billion.

Magellan Health manages behavioral health services for health plans, employers and government agencies.

## Sign up

Receive industry updates and breaking news from Behavioral Health Business

**SIGN UP**

## Related Stories





Facility Type    Regulation    Finance    Operations    Reimbursement

Treatment Type    Executive Forum

ADVERTISEMENT

Following the deal, Magellan will become an independent organization, with MHG's backing to support innovation. Specifically, the new funds will be used to expand its clinical programs into new markets, leveraging "enhanced technology, AI, data and analytical solutions" for its clients, according to social media posts.

"Subject to the satisfaction of customary closing conditions, including regulatory approvals, Magellan will become the only independent, managed behavioral healthcare company focused exclusively on providing access to quality care to communities domestically and abroad," MHG said in a LinkedIn post. "Madison Health Group is providing the backing and expertise to make this transition possible. Our team brings together healthcare operators, behavioral health experts, and investors who are deeply committed to Magellan's mission. "

MHG appears to be a relatively new firm with advisors from across behavioral health, including Christina Mainelli, former Quartet CEO, Christopher Molaro,

**M&A**

## Digital Mental Health Company Acquires Nora Mental Health

May 27, 2026

**M&A**

## North Carolina Behavioral Health MCOs Vaya Health, Partners Health Management to Merge

May 26, 2026

**M&A**

## Serial Buyers LifeStance, ARC Health, Beacon Behavioral Reveal Their Acquisition Playbooks for 2026

May 20, 2026



Facility Type     Regulation     Finance     Operations     Reimbursement

Treatment Type     Executive Forum

analytics and clinical quality.

ADVERTISEMENT

"What's remarkable about Magellan is that it's already serving over 20 million members across the U.S. and around the world," Mainelli said on LinkedIn. "Independence gives them the focus and resources to go even further. I'm inspired by their continued commitment to whole-person, human-centered care and excited to see what this team achieves in the years ahead."

In a social media post, MHG said it will work alongside Magellan's CEO, Caroline Carney, who assumed the role in July of 2025 after serving as the organization's chief medical officer since 2016.

MHG said that Magellan will continue to operate its "evidence-based clinical programs, including services for foster



children, carve-out services, crisis services, autism care, behavioral health prescribing, complex and high-acuity behavioral health management, and services to active-duty military and federal agencies."

This could be an opportune time for Centene to sell Magellan as the payer continues to face behavioral health cost pressures. During its Q4 earnings call, the health plan revealed that behavioral health accounts for half of its excess costs.




Facility Type    Regulation    Finance    Operations    Reimbursement

Treatment Type    Executive Forum

**Companies featured in this article:**

[Magellan Health](#)

## Laura Lovett

Laura Lovett is the Editor of Behavioral Health Business. Prior to this, she served as the Executive Editor of MobiHealthNews, a HIMSS Media publication. While reporting for MobiHealthNews, she won three bronze AZBEE awards including one for impact reporting. In 2019 Lovett took part in the Umass Medical Media Fellowship. Lovett was educated at the University of East Anglia, the University of Massachusetts, and Oxford University. If she isn't reporting on healthcare she's probably kayaking on the Charles River or trying a new recipe.

 

# Related Stories

**M & A**

## Digital Mental Health Company Acquires Nora Mental Health

May 27, 2026

**M & A**



Facility Type    Regulation    Finance    Operations    Reimbursement

Treatment Type    Executive Forum




SUBSCRIBE TODAY

**M&A**

# Magellan Health to Become Independent Again Under Madison Health Group Deal

By **Laura Lovett** | February 17, 2026

Erol Ahmed on Unsplash

**Share**

Madison Health Group (MHG) has announced its plans to purchase managed behavioral health provider Magellan Health.

This comes roughly five years after payer giant Centene Corporation (NYSE: CNC) bought Magellan Health at a valuation of $2.2 billion.

Magellan Health manages behavioral health services for health plans, employers and government agencies.

## Sign up

Receive industry updates and breaking news from Behavioral Health Business

**SIGN UP**

## Related Stories

Elhadi Benkirane
Plaintiff, Pro Se
7506 Baerss Rd ,
Riverside CA 92507
562.391.1442
Benkirane.hadi@gmail.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

ELHADI BENKIRANE,

*Plaintiff*,

v.

MAGELLAN HEALTHCARE, INC.
DAVID WELSH; DAVID TOVAR; and
DOES  1 through 10,

*Defendants.*

*Case No. 2:25-cv-00314-DCN*

**EXHIBIT 2 California Office of Health Care Affordability (OHCA), Material Change Transaction Notice No. 2026-01-31-1476 (Centene Corporation / Madison Health Group), OHCA Review Start Date: March 19, 2026.**

Hon. David C. Nye
United States District Judge



## MATERIAL CHANGE NOTICE SUBMISSION DETAILS

| | |
|---|---|
| MCN Number | 2026-01-31-1476 |
| OHCA Review Start Date | March 19, 2026 |
| Anticipated date (unless tolled per regulation) by which OHCA could waive cost and market impact review | May 4, 2026 |
| Anticipated date (unless tolled per regulation) by which OHCA could determine cost and market impact review required | May 18, 2026 |

## SUBMITTER

## HEALTH CARE ENTITY CONTACT FOR PUBLIC INQUIRY

| | |
|---|---|
| Title | Outside Counsel |
| First Name | Megan |
| Last Name | Beaver |
| Email Address | mbeaver@crowell.com |
| Street Address | 3 Embarcadero Center, 26th Floor |
| City | San Francisco |
| State | California |
| Postal Code | 94111 |

## GENERAL

| | |
|---|---|
| Business Name | Magellan  Health Services of California, Inc. – Employer Services ("MHSC") |
| Website | https://www.magellanhealthcare.com/ |
| Ownership Type | Corporation |
| Tax Status | For-profit |
| Federal Tax ID | 95-2868243 |
| Description of Submitting Organization | MHSC is a California corporation and a direct, wholly-owned subsidiary of Magellan Pharmacy Services, Inc., a Delaware corporation, which is, in turn, a direct, wholly owned subsidiary of Magellan Health, Inc. (Magellan). Centene Corporation (Centene) is the ultimate parent company of MHSC. MHSC is a licensed specialized health care service plan in California, providing employee assistance plans throughout California. As noted in the Section 3 Attachment, MHSC also has three affiliates that are health care entities that operate in California: Magellan Federal Inc., Magellan Healthcare Provider Group, Inc., and Magellan Life Insurance Company. MHSC is submitting this application on their behalf as well. Details regarding these entities is in the Section 3 Attachment. |
| Health Care Provider | No |
| For Payers: Enrollees per county | As of September 30, 2025, MHSC had a total of approximately 700,633 enrollees. Please see the attachment submitted herewith to Section 3 Description of Submitting Organization for the breakdown by county. |

## LOCATIONS

| | |
|---|---|
| Counties | All Counties |
| California licenses and numbers | MHSC is a specialized health care service plan licensed by the California Department of Managed Health Care ("DMHC") pursuant to the Knox-Keene Health Care Service Plan Act of 1975, MHSC's license number is 933 1002. |
| Other States Served | None |
| Other state(s) licenses and numbers | N/A |
| Primary Languages used when providing services | English; Arabic; Armenian; Cambodian; Chinese; Farsi; Hindi; Hmong; Japanese; Korean; Laotian; Mien; Punjabi; Russian; Spanish; Tagalog; Thai; Ukrainian; Vietnamese; Other |

## MATERIAL CHANGE

## ADDITIONAL ENTITIES

| Business Name | Description of the Organization | Ownership Type | Additional MCN Submission |
|---|---|---|---|
| Madison Health Group | Madison was formed for the specific purpose of the transaction and does not have business segments at this time. | Corporation | No |
| Centene Corporation | Centene is a managed healthcare company primarily providing Medicaid, Medicare, and commercial insurance plans through its subsidiary health plans. | Corporation | No |
| Magellan Federal, Inc. | Magellan Federal partners with federal agencies to offer EAP programs for the federal workforce, providing counseling, well-being coaching, work-life resources, and digital emotional support. These services are offered throughout California. Magellan Federal does not receive membership information from the U.S. government by location at the state or county level. | Corporation | No |
| Magellan Healthcare Provider Group, Inc. | MHPG serves as a management services organization for a telehealth provider group in California (Magellan Provider Services of CA). | Corporation | No |

| Magellan Life Insurance Company: | Magellan Life Insurance Company has no active business in California. Its sole California contract was with Blue Shield of California, and Blue Shield terminated this contract effective January 1, 2026. As of January 1, 2026, Magellan Life Insurance Company has no enrollees in California. | Corporation | No |
|---|---|---|---|

## CRITERIA

| | |
|---|---|
| A health care entity with annual revenue, as defined in *section 97435(d)*, of at least $25 million or that owns or controls California assets of at least $25 million, or; | Yes |
| A health care entity with annual revenue, as defined in *section 97435(d)*, of at least $10 million or that owns or controls California assets of at least $10 million and is a party to a transaction with any health care entity satisfying subsection (b)(1), or | No |
| A health care entity located in a designated primary care health professional shortage area in California, as defined in Part 5 of Subchapter A of Chapter 1 of Title 42 of the Code of Federal Regulations (commencing with section 5.1), available at *data.hrsa.gov*. To determine if you are located in a primary health care professional shortage area, please visit *here* | No |

## CIRCUMSTANCES FOR FILING

| | |
|---|---|
| The transaction involves a transfer or change in control, responsibility or governance of the Submitter. A transaction will directly or indirectly transfer control, responsibility, or governance in whole or in part of a material amount of the assets or operations of a health care entity to one or more entities if:<br>  (1) The transaction would result in the transfer of 25% or more of the voting power of the members of the governing body of a health care entity, such as by adding one or more members, substituting one or more members, or through any other type of arrangement, written or oral; or<br>  (2) The transaction would vest voting rights significant enough to constitute a change in control such as supermajority rights, veto rights, and similar provisions even if ownership shares or representation on a governing body are less than 25%; | Yes |

## TRANSACTION DETAILS

| Anticipated Date of Transaction Closure | 6/1/2026 |
|---|---|
| Description of the Transaction | Please see the attachment submitted herewith. |

| | |
|---|---|
| Submitted to US Department of Justice or Federal Trade Commission? | No |
| Submitted to Other Agency? | Yes |
| Date of Submission | 12/23/2025 |
| To Whom Submitted | Department of Managed Health Care |
| Description of Submission (Include Agency name(s) and State(s)) | Notice of Material Modification. Please see Section 7 of the attachment for additional submissions. |
| Subject to court proceeding | No |
| Description of current services provided and expected post-transaction impacts on health care services | MHSC is a licensed specialized health care service plan in California which provides employee assistance programs (EAPs) throughout California. An EAP is a short-term support program designed to help employees and their eligible family members manage personal and work-related challenges. Core services typically include access to licensed counselors for issue-focused counseling (such as stress, anxiety, and grief) via phone, video or online platforms. EAP services are currently offered to 700,633 enrollees, and MHSC does not anticipate any changes to the EAP services post-close.<br><br>Magellan Federal Inc. partners with federal agencies to offer EAP programs for the federal workforce, providing counseling, well-being coaching, work-life resources, and digital emotional support. These services are offered throughout California.<br><br>Magellan Healthcare Provider Group, Inc. is a management services organization that provides management and administrative services for one telehealth provider group in California. These services are provided in all counties.<br><br>Magellan Life Insurance Company is licensed by the California Department of Insurance as a disability-only admitted foreign insurer. This entity has no membership in California as of January 1, 2026.<br><br>None of these entities involve Medi-Cal or Medicare patients/members. Further, none of the entities have applicable community needs assessments, charity care, and community benefit programs. |

| | |
|---|---|
| Prior mergers or acquisitions that: (A) involved the same or related health care services; (B) involved at least one of the entities, or their parents, subsidiaries, predecessors, or successors, in the proposed transaction; and (C) were closed in the last ten years. | Centene acquired Magellan in January 2021, including MHSC, Magellan Federal Inc., Magellan Healthcare Provider Group, Inc., and Magellan Life Insurance Company. Centene is now divesting Magellan to Madison. |
| Description of Potential Post Transaction Changes | Following the close of the transaction, Madison will directly own 100% of the issues and outstanding shares of capital stock of Magellan, and thereby indirectly own 100% of the issues and outstanding shares of MHSC, Magellan Federal, Inc. Magellan Healthcare Provider Group, Inc., and Magellan Life Insurance Company. The transaction will not alter the license, legal entity, or governance of these entities. The organizational changes are limited to upstream ownership, and the entities will maintain their separate corporate existence as indirect, wholly-owned subsidiaries of Madison.<br><br>There will be no changes to employee staffing levels, job security, retention policies, wages, benefits, working conditions, or employment protections. Provider contracts, enrollee benefits and rates, claims adjudication process, appeals and grievances systems, and day-to-day operations will remain in place and under existing management control.<br><br>MHG confirms that there are no planned post-transaction changes to MHSC's retraining policies. Should any modifications be considered in the future, appropriate notice and justifications will be provided in compliance with OHCA requirements. |
| Description of the nature, scope, and dates of any pending or planned material changes occurring between the Submitter and any other entity, within the 12 months following the date of the notice | None. |

**Section 3: Description of the Submitter**

Magellan Health Services of California, Inc. – Employer Services is submitting this Notice of Material Change Transaction on behalf of itself and three affiliates that are health care entities subject to the proposed transaction: Magellan Federal Inc., Magellan Healthcare Provider Group, Inc., and Magellan Life Insurance Company. These health care entities are not submitting separate notices.

The two parties to the transaction are Centene Corporation and Madison Health Group.

**Centene Corporation ("Centene"):** Centene, a Delaware Corporation, is the ultimate parent of several "health care entities" as that term is defined by statute, that are subject to this transaction. Those health care entities are listed below.

1. **Magellan Health Services of California, Inc. – Employer Services ("MHSC"):** MHSC is the submitter of this notice. MHSC is a California corporation and a direct, wholly-owned subsidiary of Magellan Pharmacy Services, Inc. ("Magellan Pharmacy"), a Delaware corporation, which is, in turn, a direct, wholly-owned subsidiary of Magellan Health, Inc. ("Magellan Health"). Magellan Health is a direct, wholly-owned subsidiary of Centene. MHSC is a licensed specialized health care service plan which provides employee assistant program ("EAP") throughout California.

   MHSC's annual California-derived revenue for the three most recent fiscal years was as follows:

   | 2023 | 2024 | 2025 |
   |---|---|---|
   | $11,969,285 | $10,291,752 | $9,912,071 |

   MHSC enrollment by county is as follows:

   | County | # of Enrollees |
   |---|---|
   | Alameda | 2,030 |
   | Butte | 4,940 |
   | Contra Costa | 22,937 |
   | Del Norte | 713 |
   | Fresno | 1,136 |
   | Imperial | 1,807 |
   | Inyo | 397 |
   | Kern | 1,538 |
   | Lassen | 5,817 |
   | Los Angeles | 239,573 |
   | Marin | 547 |
   | Mendocino | 2,922 |
   | Monterey | 7,964 |
   | Napa | 3,951 |

| | |
|---|---|
| Orange | 9,165 |
| Placer | 599 |
| Sacramento | 237,527 |
| San Bernardino | 19,901 |
| San Diego | 78,865 |
| San Francisco | 26,662 |
| San Joaquin | 226 |
| San Luis Obispo | 62 |
| San Mateo | 1,300 |
| Santa Barbara | 2,579 |
| Santa Clara | 4,764 |
| Solano | 7,206 |
| Sonoma | 2,613 |
| Stanislaus | 2,071 |
| Tehama | 1,041 |
| Ventura | 8,483 |
| Yolo | 1,296 |

2. **Magellan Federal, Inc. ("Magellan Federal")**: Magellan Federal is a Virginia corporation and a direct, wholly-owned subsidiary of Magellan Healthcare, Inc., a Delaware corporation ("Magellan Healthcare"), which is, in turn, a direct, wholly-owned subsidiary of Magellan Health. Magellan Health is a direct, wholly-owned subsidiary of Centene. Magellan Federal partners with federal agencies to offer EAP programs for the federal workforce, providing counseling, well-being coaching, work-life resources, and digital emotional support. These services are offered throughout California.

> **Mailing Address:** 2800 S Shirlington Rd, Ste 350, Arlington, VA 22206
> **Website:** https://www.magellanfederal.com/
> **Enrollees by County:** Magellan Federal does not receive membership information from the U.S. government by location at the state or county level.
> **Primary Languages:** English, Arabic, Armenian, Cambodian, Chinese, Farsi, Hindi, Hmong, Japanese, Korean, Laotian, Mien, Punjabi, Russian, Spanish, Tagalog, Thai, Ukrainian, Vietnamese, and Other
> **Current California health care-related licenses:** None
> **Other states where health care-related licenses are held:** None
> **Annual California-derived revenue for the three most recent fiscal years:**

| 2023 | 2024 | 2025 |
|---|---|---|
| $ ███████ | ███████ | ███████ |

3. **Magellan Healthcare Provider Group, Inc. ("MHPG")**: MHPG is a Maryland corporation and a direct, wholly-owned subsidiary of Magellan Healthcare, which is, in turn, a direct, wholly-owned subsidiary of Magellan Health. Magellan Health is a direct, wholly-owned

subsidiary of Centene. MHPG serves as a management services organization for a telehealth provider group in California (Magellan Provider Services of CA).

**Mailing Address:** 13500 Riverport Drive, Suite 110, Maryland Heights, MO 63043.
**Website:** N/A.
**Enrollees by County:** N/A. This entity does not have enrollees.
**Primary Languages:** N/A. This entity does not provide health care services to the public.
**Current California health care-related licenses:** None.
**Other states where health care-related licenses are held:** None
**Annual California-derived revenue for the three most recent fiscal years**: MHPG receives administrative fees from the California telehealth provider group as follows:

| 2023 | 2024 | 2025 |
|---|---|---|
| ■ | ■ | ■ |

4. **Magellan Life Insurance Company**: Magellan Life Insurance Company is a Delaware corporation and a direct, wholly-owned subsidiary of Magellan Healthcare, which is, in turn, a direct, wholly-owned subsidiary of Magellan Health. Magellan Health is a direct, wholly-owned subsidiary of Centene. Magellan Life Insurance Company has no active business in California. Its sole California contract was with Blue Shield of California, and Blue Shield terminated this contract effective January 1, 2026. As of January 1, 2026, Magellan Life Insurance Company has no enrollees in California.

**Mailing Address:** 13500 Riverport Drive, Suite 110, Maryland Heights, MO 63043.
**Website:** N/A.
**Enrollees by County:** This entity currently has no enrollees in California.
**Primary Languages:** English, Arabic, Armenian, Cambodian, Chinese, Farsi, Hindi, Hmong, Japanese, Korean, Laotian, Mien, Punjabi, Russian, Spanish, Tagalog, Thai, Ukrainian, Vietnamese, and Other
**Current California health care-related licenses**: Magellan Life Insurance Company is licensed with the California Department of Insurance (CDI) as a disability-only admitted foreign insurer (License Number 6024-4).
**Other states where health care-related licenses are held:** Please see below for the company's active licenses.

| State | COA/License Type | COA/License # |
|---|---|---|
| Delaware | Section 902: Life, Including Variable Annuities, Variable Life and Credit Life/Section 903: Health including Credit Health | 6871P |
| Hawaii | Accident, Health, or Sickness | 430271 |
| New Mexico | Accident and Health/Life and Annuities | 4135 |
| South Dakota | Life and Health | None |

| Utah | Accident & Health – Life; Annuity-Life, Life, Variable Contract – Life | 14931 |
|------|------------------------------------------------------------------------|-------|

**Annual California-derived revenue for the three most recent fiscal years:**

| 2023 | 2024 | 2025 |
|------|------|------|
| $2,023,422 | $1,947,360 | $1,422,851 |

Please note that Centene, while being the parent corporation to payers, is not a "health care entity." It does not act on behalf of a payer in California.

**Madison Health Group ("Madison")**: Madison is a corporation that was formed for the specific purpose of the transaction and does not have business segments at this time. Madison is a "noticing entity" under Assembly Bill 1415 effective January 1, 2026, and is required to provide notice to OHCA of this transaction. Following communications with OHCA, this notice will serve as notice for Madison, as well as the health care entities listed above.

**Mailing Address:** 1521 Concord Pike, Suite 201, Wilmington, County of New Castle, DE 19803
**Website:** https://www.madisonhealthgroup.com/
**Enrollees by County:** N/A. This entity has no enrollees in California or any state.
**List of Primary Languages:** N/A. This entity does not provide health care services.
**List of current California health care-related licenses**: None.
**Other states where health care-related licenses are held:** None.
**Annual California-derived revenue for the three most recent fiscal years:** None.

**Section 6 of Material Change Transaction Notice**
*Description of the Transaction*

**Please address all of the following: (1) the goals of the transaction; (2) summary of the terms of the transaction; (3) statement of why the transaction is necessary or desirable; (4) general public impact or benefits of the transaction, including quality and equity measures and impacts; (5) narrative description of the expected competitive impacts of the transaction; and (6) description of any actions or activities to mitigate any potential adverse impacts of the transaction on the public.**

Magellan Health Services of California, Inc. – Employer Services ("MHSC") is submitting this Material Change Transaction Notice in connection with a proposed transaction pursuant to a Stock Purchase Agreement (the "Purchase Agreement"), dated as of December 2, 2025, by and among Madison Health Group ("Madison") and Centene Corporation ("Centene"). MHSC filed this proposed transaction with the Department of Managed Health Care ("DMHC") on December 23, 2025, who in turn requested that the MHSC file with the Office of Healthcare Affordability ("OHCA"). MHSC is submitting this Notice of Material Change Transaction on behalf of itself and three affiliates that are health care entities subject to the proposed transaction: Magellan Federal, MHPG, and Magellan Life Insurance Company. These health care entities are not submitting separate notices.

## 1.  Goals of the Transaction

The primary goals of this transaction are:

- To transition ownership of Magellan Health, Inc. ("Magellan") and its health care entity subsidiaries, including MHSC, Magellan Federal, Inc., MPHG, and Magellan Life Insurance Company, from Centene to Madison.

- Enhance market diversity by bringing in a new, independent organization (Madison) as an ultimate parent company to these California health care entities.

- Enable technological innovation and modernization in behavioral health and related services, supporting improved access, integration, and efficiency.

## 2.  Summary of Terms

The transaction consists of the acquisition of all issued and outstanding shares of Magellan by Madison from Centene. At closing, Madison indirectly own 100% of MHSC, Magellan Federal, MHPG, and Magellan Life Insurance Company (subject to prior or pending regulatory approvals). Prior to the closing of the transaction, Centene will transfer the ownership of MHSC's licensed specialized health care service plan affiliate, Human Affairs International of California to sit directly under Centene, such that such entity shall continue to be owned by Centene. Note that the initial move of Human Affairs International of California is not a "material change transaction" under Cal. Code of Regs. tit. 22 § 97431(j), as it is a corporate restructuring only involving entities under Centene's control and the entity will remain in Centene's control; the transaction at issue here is the sale of the remaining shares of Magellan. Effective upon the consummation of the transaction, the name of the surviving corporation will remain "Magellan Health, Inc."

**3.  Statement on Necessity or Desirability**

This transaction is necessary and desirable to:

- Ensure the long-term market viability, competitive strength, and independence of the Magellan organizations, including those offering specialized programs to federal agencies, telehealth services, and life/disability products.

- Provide flexibility and resources under new ownership to respond to evolving market, regulatory, and technological landscapes, including the freedom to pursue technological modernization initiatives and advancement of technology-enabled behavioral health solutions.

- Divest Centene of a licensed health care service plan and several health care entities (including MHSC, Magellan Federal, MHPG, and Magellan Life Insurance Company), enabling these organizations to operate under a new, independent parent company.

**4.  General Public Impact or Benefits**

No disruption in services or enrollee coverage is expected. MHSC will continue to provide employee assistance plan ("EAP") services throughout California. Magellan Federal will also continue to provide EAP services and well-being resources to California-based federal employees. MHPG will continue to provide management services to its telehealth provider group. Magellan Life Insurance Company does not provide services to any enrollees today, and therefore no enrollees or services would be impacted by the proposed transaction. Further, by introducing a new, independent competitor in the California health care market, the transaction promotes innovation, broadens consumer choice, and stimulates competitive improvements in plan design or service delivery.

Magellan Health Services of California, Inc. ("MHSC") has a long-standing history of providing quality clinical programs that put customer quality at the center of care. Madison Health Group ("MHG") has no plans to change MHSC's products or service offerings. The transaction generally benefits the public by continuing MHSC operations, an established California insurer. Thus, providing customers with a quality care option.  MHSC will also benefit from having a new parent that is narrowly focused on providing health insurance solutions. MHG will be able to implement new strategies and be closely involved in investment decisions that are responsive to customer needs. This flexibility and integration will enhance products and services offered.

**5.  Expected Competitive Impacts**

At the closing of the transaction, Magellan will be the only independent, national specialty benefits manager focused exclusively on behavioral healthcare and the integration of behavioral healthcare clinical programs and management into traditionally physical healthcare environments. After the transaction, Magellan will (i) focus on expanding the reach of its clinical programs and services into new markets and populations so it can meet the rising demand for behavioral healthcare and improve access to care; (ii) invest in operations and technology that will enable it to accelerate modernizing core capabilities, supporting the next generation of clinical programs, and deepening impact across markets; and (iii) continue trusted clinical programs, including

services for foster children, crisis services, autism care, behavioral health prescribing, complex and high-acuity behavioral health management, and services to active-duty military and federal agencies.

In sum, the transaction will not result in dominance of a market segment, substantially lessen competition, or create a monopoly in any line of business. The transaction will enhance competition and diversify the California health plan market. Madison is not currently operating in California, and its entry introduces a new, independent operator. No existing market share is consolidated, and the transaction increases the number of active market participants.

## 6. Mitigation of Potential Adverse Public Impacts

As noted, MHSC has submitted the proposed transaction for review by the Department of Managed Health Care. MHSC is committed to maintaining all obligations as licensed health care entities post-closing. Magellan Life Insurance Company is not currently providing services in California and therefore does not anticipate any adverse public interest. MHPG only provides management services to a telehealth provider group in California and does not anticipate any negative impacts to the group. Magellan Federal will continue to provide EAP services and does not anticipate an impact to those services. In the event any unforeseen adverse impacts or service disruptions arise, Madison and the Magellan entities will implement robust compliance monitoring and regular reporting, and deliver timely, clear communications to enrollees, clients, and stakeholders. These measures will support continued regulatory compliance, service continuity, and transparency throughout the transition and beyond.

## Section 7: Submission to Other Agencies

1.  Magellan Life Insurance Company, Form A, California Department of Insurance, Submitted on January 9, 2026

2.  Magellan Life Insurance Company, Form A, Delaware Department of Insurance, Submitted on January 10, 2026

Elhadi Benkirane
Plaintiff, Pro Se
7506 Baerss Rd ,
Riverside CA 92507
562.391.1442
Benkirane.hadi@gmail.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| ELHADI BENKIRANE,<br>*Plaintiff*,<br><br>v.<br><br>MAGELLAN HEALTHCARE, INC.<br>DAVID WELSH; DAVID TOVAR; and<br>DOES  1 through 10,<br>*Defendants.* | *Case No. 2:25-cv-00314-DCN*<br><br>**EXHIBIT 3 Idaho Department of Health and Welfare (IDHW), Behavioral Health Managed Care Providers Page -- Screenshot taken May 29, 2026.**<br><br>Hon. David C. Nye<br>United States District Judge |



Select Language ⌄

For Providers     About DHW     Contact Us     Forms 🔗     Idaho 211

☰  **IDAHO DEPARTMENT OF HEALTH & WELFARE**     Services & Programs     Health & Wellness     News & Notices     🔍

Home  |  For Providers  |  Behavioral Health

## Managed Care Providers

Education, training, resources, and more

**Explore this Section**                                                    **+**

# Behavioral Health

Information about the transformation of the behavioral health system in Idaho.

## Idaho Behavioral Health Plan (IBHP)

The Idaho Behavioral Health Plan (IBHP) offers a variety of outpatient, inpatient, residential, and crisis behavioral health services to Medicaid members in Idaho and other eligible members without Medicaid, managed by one managed care provider, Magellan Healthcare.

The IBHP provides services for children and adults based on medical necessity.

Magellan also manages the provider network for the Idaho Department of Juvenile Corrections.

Visit Magellan Healthcare  for more information.

In compliance with the Jeff D. Settlement Agreement, new and updated services have been formed for all children, including those with serious emotional disturbance (SED). Further, Medicaid obtained a 1915(i) State Plan Option to allow expanded income limits for children with SED, when their family would not otherwise qualify based on income. Through the expansion, all adults that obtain Medicaid eligibility are now eligible to receive behavioral health services through the IBHP, including adults with serious mental illness (SMI) or serious and persistent mental illness (SPMI). Members are always able to choose their provider within the Magellan Healthcare network and have the right to change their provider at any time.

## Additional Resources

Apply for Medicaid

Youth Empowerment Services (YES) Information  🔗

988 - Idaho Crisis & Suicide Hotline  🔗 –Call or text 988 24 hours a day, 7 days a week if you are in crisis, considering suicide, or need to talk. If you feel you can't keep yourself safe, go to the nearest emergency department or call 911.

External Quality Review Documents  🔗

OPE Published Report  🔗

Idaho Behavioral Health Plan (IBHP) Provider Manual  🔗

## File a Complaint or Appeal

File a complaint, appeal a decision by Magellan Healthcare or request a fair hearing.

( File a complaint or appeal ↗ )

## MAGELLAN HEALTHCARE CONTACT INFORMATION

### Members

Magellan Healthcare is the managed care contractor for behavioral health benefits. Members can reach Magellan Healthcare 24 hours a day, 7 days a week by visiting their website or calling their toll-free number.

Phone
855-202-0973 (TTY 711)

URL
https://magellanofidaho.com/web/magellan-of-idaho/for-members ↗

### Providers

Providers can contact Magellan Healthcare by phone 8 a.m. to 6 p.m. MT/ 7 a.m. to 5 p.m. PT, or learn more by visiting their website.

Phone
855-202-0983

URL
https://magellanofidaho.com/for-providers ↗

## Idaho Behavioral Health Plan (IBHP) Frequently Asked Questions

What changed in the new IBHP?                                                              +

Can I join the Magellan provider network?                                                  +

What behavioral health or non-Medicaid services are covered through the IBHP (or by Magellan)?   +

Can I review the IBHP contract?                                                            +

## QUESTIONS?

### IBHP Governance Bureau

Email
IBHP@dhw.idaho.gov

## Resources

Magellan Healthcare website ↗

Magellan trainings ↗

Division of Behavioral Health Center of Excellence

Idaho Medicaid Crisis Center Minimum Requirements

**Page last updated:** 4-9-2026

**About Us**

Careers
Contact Us
DHW Blog
DHW Newsletters
Language Assistance
Non-Discrimination
Public Records Request
Website Funding

**Crisis Services**

Report Child Abuse
Report Fraud
Submit a Child Care Complaint
Suicide Hotline

**Related**

Background Check Unit
Idaho.gov
Idalink
My Choice Matters
Townhall Idaho