# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

ELHADI BENKIRANE,

    *Plaintiff,*

Case No. 2:25-cv-00314-DCN

v.

MAGELLAN HEALTHCARE, INC.
DAVID WELSH; DAVID TOVAR; and
DOES 1 through 10,

    *Defendants.*

# EXHIBIT  Z

**North Carolina disclosure page showing
"failure to disclose = termination"**

An official website of the State of North Carolina  How you know



**NOVEMBER 4, 2025**

# Reminders About Required Provider Disclosures

Exclusion Sanction questions must be accurately answered on applications and new adverse actions must be reported to the Department.

Share to: (/#facebook)     (/#email)     (/#linkedin)     (/#x)     (/#bluesky)

This bulletin applies to NC Medicaid Direct and NC Medicaid Managed Care.

## Enrollment and Reverification Requirements

At time of Initial enrollment, re-enrollment or re-verification providers must:

- Accurately answer all Exclusion Sanction questions for all individuals listed on the application, including managing employees, owners or agents. It must be answered accurately for anyone listed on the application, and regardless of the length of time since the infraction occurred.

- Failure to disclose required information to NC Medicaid through an affirmative response on the Exclusion Sanction page of the application will result in automatic denial of the application.
- Depending on the type of application submitted, such as a re-verification application, additional adverse action can occur up to and including termination of the NCTracks provider record.
- New initial enrollment applications cannot be edited, they must be withdrawn and submitted, and the North Carolina application fee must be paid again.

# Currently enrolled providers

As contractually required in Section 4 of the NCDHHS Provider Administrative Participation Agreement, enrolled providers must:

*Notify the Department within 30 calendar days of learning of any adverse action initiated against any required license, certification, registration, accreditation and/or endorsement of the Provider or any of its officers, agents, or employees.*

Providers can report changes through the submission of a Manage Change Request (MCR) on the NCTracks portal by:

- Accurately answer the appropriate Exclusion Sanction question is answered affirmatively.
- Upload the required supplemental documentation (https://www.nctracks.nc.gov/content/public/providers/provider-communications/2023-Announcements/Update-to-Documentation-Requirements-for-Exclusion-Sanction-Questions.html), either at the time of submission or after submission through the upload link associated with the pending MCR on the NCTracks Provider Portal Status and Management page.

In addition, providers must disclose changes to the criminal convictions of anyone listed on the provider enrollment record to comply with the Department's review of criminal history as defined in NC Gen Stat 108C-4, and Section 8 of the NCDHHS Provider Administrative Participation Agreement.

Failure of provider to disclose adverse actions within 30 days as contractually required will result in termination of their NCTracks provider record.

## Additional Required Disclosures

In addition to the above referenced adverse actions, providers are contractually required to maintain the accuracy of their provider data. The following excerpts from the NCDHHS Provider Administrative Participation Agreement (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.nctracks.nc.gov%2Fcontent%2Fpublic%2Fproviders%2Fprovider enrollment%2Fterms-and-conditions%2Fadmin-participation-rev.html&data=05%7C02%7CMolly.Weisbrod%40dhhs.nc.gov%7C8ece22e8338d49e2a92308c highlight some important required disclosures. This is not an exhaustive list of requirements but is shared for illustrative purposes. Like adverse actions, providers notify the Department of changes through the submission of an MCR unless otherwise noted.

## Section 5: Billing and Payment

Providers will notify the Department of any change in ownership as defined under N.C.G.S. 108C-10(a) no later than 30 days before effective date of the change in ownership and shall submit a completed Provider Change of Ownership Disclosure Form (https://www.nctracks.nc.gov/content/public/providers/faq-main-page/Change-of-Ownership--CHOW--FAQs.html). This indicates whether the new owner/entity has agreed to assignment of this Provider Agreement including assumption of liability or has agreed in writing to assume all liability, including but not limited to cost report settlements, health care assessment settlements or recoupment actions that have arisen or that may arise in connection with claims billed by Provider.

Provider agrees that if the new owner/entity has not agreed in writing to assignment of this Provider Agreement or assumption of liability arising in connection with claims billed by Provider, the Provider will remain directly liable for repayment of any liabilities incurred based on services furnished prior to the change of ownership.

## Section 6: Disclosure

b. The Provider agrees to provide written notification to the Department through the Department's agents, vendors, or contractors, their successors or assigns in the manner determined by the Department of any material and/or substantial change in information contained in the enrollment application given to the Department by the Provider within thirty (30) calendar days of an event triggering the reporting obligation. Material and/or substantial change includes, but is not limited to, a change in:

- i.   licensure;
- ii.   federal tax identification number;
- iii.   National Provider Identifier (NPI), including the addition of a new NPI or change to the NPI under which the Provider previously enrolled with the Department;
- iv.  bankruptcy;
- v.   additions, deletions, or replacements in group membership; and
- vi.  any change in address, telephone number, or email.

## Section 8: Termination also advises that the provider is subject to applicable provision of Controlling Authority:

a.  The Department may summarily terminate this Agreement without giving 30 days written notice under the following circumstances:

- i.  The Provider does not meet conditions for participation, including necessary licensure, certification, or endorsement requirements or other terms and conditions stated in this Agreement; or
- ii.  Any person with ownership or controlling interest in the Provider, or agent, or managing employee of the Provider, has been convicted of a criminal offense set forth in 42 CFR §1001.101 or 42 CFR §1001.201; or
- iii.  The Provider, any person with ownership or controlling interest in the Provider, operator, agent, or managing employee of the Provider, has been convicted of a criminal offense relating to fraud, theft, embezzlement, breach of fiduciary responsibility or other financial misconduct, or crime of moral turpitude, or any criminal offense specified in N.C.G.S. §108C-4; or
- iv.  The Provider fails to disclose information required under 42 CFR §1002.3; or
- v.  Any person with ownership or controlling interest in the Provider, or an agent as that term is defined in accordance with 42 CFR §455.101 or managing employee of the

Provider, has been excluded by the United States Department of Health and Human Services from participation in the Medicare, Medicaid, or other federal health care programs; or

- vi.  The Provider poses an imminent health or safety risk to a patient; or
- vii.  The Provider has been found by the Department to be in breach or violation of any law, rule, or policy for which summary termination is authorized by Controlling Authority or by a rule authorized by and consistent with the Controlling Authority and adopted pursuant to Chapter 150B of the General Statutes.

Providers are encouraged to read the full NCDHHS Provider Administrative Participation Agreement to ensure complete understanding of the requirements for participation with NCDHHS programs.

Additional information is available on the [Exclusion Sanction Questions FAQs page (https://www.nctracks.nc.gov/content/public/providers/faq-main-page/Exclusion-Sanction-Questions-FAQs.html)](https://www.nctracks.nc.gov/content/public/providers/faq-main-page/Exclusion-Sanction-Questions-FAQs.html).

## Contact

- NCTracks Call Center: 800-688-6696
- Provider Ombudsman: 866-304-7062

---

## Related Topics:

- [Bulletins (/blog-category/bulletins)](/blog-category/bulletins)
- [All Providers (/blog-terms/all-providers)](/blog-terms/all-providers)
- [Division of Health Benefits (/agencydepartment/division-health-benefits)](/agencydepartment/division-health-benefits)

Medicaid Policy (/fssa/ompp)  /  Termination of Provider Participation in Medicaid and CHIP

# Termination of Provider Participation in Medicaid and CHIP

Federal regulation requires states to provide notice when the enrollment of a Medicaid enrolled provider has been terminated "for cause". The following list reflects examples of conduct for which provider enrollments may be terminated and meets the definition of "for cause" as defined by CMS. The list is not meant to be exhaustive:

- Adverse licensure actions
- Federal exclusion
- Fraudulent conduct
- Abuse of billing privileges
- Misuse of billing number
- Falsified enrollment information
- Falsified medical records

Terminated providers (/fssa/ompp/files/OMPP_Terminations.xlsx)

Re-enrolled providers (/fssa/ompp/files/Re-enrollments.pdf)

THE EXECUTIVE OFFICE OF
## Health and Human Services
State of Rhode Island

Home » Providers & Partners » Provider Enrollment » Medicaid Managed Care Organization Enrollment

# Medicaid Managed Care Organization Enrollment

The 21st Century Cures Act 114 P.L. 255 requires all Medicaid Managed Care network providers under all service delivery models, including OPR's, furnishing services to Medicaid beneficiaries regardless of specialty to be enrolled with or screened by the State Medicaid Agency or risk being removed for the Rhode Island Medicaid Managed Care Network.

Providers are not required to provide services to Fee for Service Medicaid beneficiaries, however before requesting enrollment from a Managed Care network you must be screened by the State Agency.

The application for enrollment/screening can be accessed directly on the  RI Medicaid Healthcare Portal   . Go to **Provider Enrollment** then select **Enrollment Application**.  Select **MCO (Managed Care Organization) Provider** in the Type of Provider Enrollment drop-down menu then indicate MCO affiliation.  Please note, it is of the utmost importance that you complete the entire screening application in full—incomplete applications could result in the loss of your RI MCO Medicaid billing privileges.  If a provider has been screened by Medicare then RI Medicaid will rely on Medicare's screening and the collection of the application fee but providers will need to complete the Disclosure statements for this screening.  Providers not screened by Medicare may be required to pay an application fee.

## Existing MCO Only Providers

Existing providers will be notified in writing by each Medicaid Managed Care network when it is time for your provider type to complete the screening.

Existing providers should continue to provide services to RI Medicaid managed care members as their Enrollment Application is processed. The applying Provider's participation will not be terminated during this time-period. However, continued noncompliance with the Enrollment Mandate will result in the future termination of your contract as determined by the Office of Health and Human Services.

If you have questions or concerns about the screening process that are not answered by the Provider Enrollment User Guide    or the FAQ's then, please contact our Customer Service Help Desk at (401) 784-8100 for in-state and long-distance calls or 800-964-6211 for in-state toll calls.
You may also email rienrollment@gainwelltechnologies.com.

If you are an (MCO Provider Only) looking to change any of your information, please click this link for MCO Change Form.

Contact Information for the Medicaid Managed Care Networks

- **Neighborhood Health Plan of Rhode Island (NHPRI)** –
  https://www.nhpri.org/providers/join-our-network/ [nhpri.org]

- **Tufts Health Public Plans  (THPP)** - Provider Services call center at 844.301.4093 can answer any questions, direct providers to the appropriate forms to initiate the credentialing process and provide status on previously submitted requests. The Provider page on Tufts Health Plan website, https://tuftshealthplan.com/provider/home [tuftshealthplan.com]   , contains hyperlinks to the required forms and provides an email address and fax number for submission of completed forms.

- **United Healthcare (UHC)** - https://www.uhcprovider.com/en/resource-library/Join-Our-Network.html?CID=none [uhcprovider.com]

*The RI EOHHS website uses CPT and ADA procedure codes and descriptions, which are copyrighted by the American Medical Association and American Dental Association.*





Select Language        ⌄

For Providers        About DHW        Contact Us        Forms ↗        Idaho 211



☰    **IDAHO DEPARTMENT OF HEALTH & WELFARE**        Services & Programs        Health & Wellness        News & Notices        🔍

Home  |  For Providers  |  Behavioral Health Service Providers

# Behavioral Health Providers

Education and resources for behavioral health providers

| Explore this Section | + |
| --- | --- |

# Behavioral Health Service Providers

Find information about the Substance Use Disorder Program, behavioral health provider participant fee determination, provider reimbursement rates, and more.

## Important behavioral health provider information

| | |
| --- | --- |
| DBH Standards | + |
| Behavioral health service provider reimbursement rates | + |
| Criminal history background check waiver process | + |
| Mental Health Court Standards and Guidelines | + |
| Youth Empowerment (YES) Provider Manual | + |
| Ada County Mental Health Court Program Guide | + |
| Training Opportunities | + |

## Substance Use Disorder Services Program

Through funding from the Substance Abuse and Mental Health Services Administration (SAMHSA) Substance Use Prevention, Treatment, and Recovery Services (SUPTRS) Block Grant, the Division of Behavioral Health's (DBH) Substance Use Disorder

(SUD) Services Program contracts with Magellan of Idaho to provide statewide treatment and recovery support services for qualifying individuals and families struggling with the disease of addiction.

Services funded by SUPTRS dollars include, but are not limited to, SUD assessment, case management, drug testing, safe and sober housing, transportation, child care, life skills, recovery coaching, as well as outpatient and residential treatment.

If you are interested in joining the Magellan of Idaho network as a treatment or recovery support services provider and delivering services under DBH funding, please visit the Magellan of Idaho website. ↗

# Behavioral Health newsletters

**Sign up: Behavioral Health Newsletters** →

Sign up to receive newsletters related to behavioral health and Youth Empowerment Services (YES).

Subscribe to Behavioral Health Newsletters

**Past Newsletters** →

Review quarterly behavioral health newsletters discussing topics related to mental health and substance use disorders.

View Past Newsletters ↗

**Page last updated:** 11-5-2025



**About Us**

Careers
Contact Us
DHW Blog
DHW Newsletters ↗
Language Assistance

Non-Discrimination

Public Records Request

Website Funding

**Crisis Services**

Report Child Abuse

Report Fraud

Submit a Child Care Complaint

Suicide Hotline

**Related**

Background Check Unit

Idaho.gov  ↗

Idalink  ↗

My Choice Matters

Townhall Idaho  ↗

Accessibility

Cybersercurity  ↗

Privacy - Idaho  ↗

Privacy - DHW

Security  ↗

This site is powered by CiviServ  ↗