## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

ELHADI BENKIRANE,

　　　　　　　　*Plaintiff,*

v.

MAGELLAN HEALTHCARE, INC.
DAVID WELSH; DAVID TOVAR; and
DOES 1 through 10,

　　　　　　　　*Defendants.*

Case No. 2:25-cv-00314-DCN

# EXHIBIT AA

**IDHW Website Directing Public to Magellan**

Select Language ⌄

 **IDAHO DEPARTMENT OF HEALTH & WELFARE**    Services & Programs    Health & Wellness    News & Notices    🔍

Home | Service & Programs | Behavioral Health | Get Help

# Adult Behavioral Health

Mental health services for adults in Idaho

**Explore this Section**                                    +

# Get Help

Adult mental health services are available from many providers in Idaho. Payment for services depends on your financial situation and whether you are eligible for Medicaid.

## Receive services

### If you are enrolled in Medicaid                          −

All adults with Medicaid can access mental health services through [Magellan of Idaho](#) . Call Magellan at 1-855-202-0973 to connect to a provider for adult mental health services.

### If you are not enrolled in Medicaid                      −

To receive health coverage through one of the adult Medicaid programs, you must complete the application process and meet certain eligibility requirements. To see if you qualify, [apply for Medicaid](#) now.

### If you are not eligible for Medicaid                     −

If you are not eligible for Medicaid you can still apply for mental health services. [Magellan of Idaho](#) ⧉ is the Managed Care Organization for the entire State of Idaho and will provide Crisis Response and Mental Health Services.

# Cost of services

If you are not eligible for Medicaid, you may still receive mental health services in Idaho. Depending on your income, you may have to pay a portion of the cost for services. The amount of money you pay for mental health services depends on a variety of circumstances such as the number of people in your household, your income, and other factors.

For more information, contact Magellan of Idaho ⤢ at 1-855-202-0973.

**Page last updated:** 11-24-2025



About Us

Careers
Contact Us
DHW Blog
DHW Newsletters ⤢
Language Assistance
Non-Discrimination
Public Records Request
Website Funding

Crisis Services

Report Child Abuse
Report Fraud
Submit a Child Care Complaint
Suicide Hotline

Related

Background Check Unit
Idaho.gov ⤢
Idalink ⤢
My Choice Matters



Select Language ⌄

For Providers    About DHW    Contact Us    Forms ⬈    Idaho 211

**IDAHO DEPARTMENT OF**
**HEALTH & WELFARE**

Services & Programs    Health & Wellness    News & Notices    🔍

Home  |  Service & Programs  |  Behavioral Health  |  Get Help

# Substance Use Disorders

Treatment and prevention resources and services

**Explore this Section**                                                    **+**

# Get Help

The disease of addiction impacts thousands of Americans regardless of socioeconomic background, social standing, race, or age. Many people find their lives unmanageable but may be afraid to accept that they are struggling, or don't know where to turn for help.

## There is hope and there is help!

Substance use can be a perilous journey into unknown waters. There may be no sense of danger with the first few steps, but in no time at all, you're in too deep. Before that happens, reach out for help. The free information and referral service can connect you with the assistance you need to pull yourself out of danger.



The good news is that thousands of Americans also recover from Substance Use Disorders through treatment and other recovery support services. Help is available for you and your loved ones.

Don't let fear stop you from accessing life-saving help.

## Services you may qualify for include:

- A confidential screening
- Residential and outpatient Substance Use Disorder treatment
- Recovery support services including recovery housing, transportation, recovery coaching, case management, child care, and more
- Referrals to additional resources near you, such as recovery centers and self-help groups

Call now. Your life may depend on it.



**Get Help Now**

Call Magellan

## Find treatment today

| If you are currently enrolled in Medicaid | + |
| --- | --- |
| If you are not currently enrolled in Medicaid | + |
| If you are not eligible for Medicaid | + |

# Idaho Treatment & Recovery Support Resource Map

Under Construction. Resource Map Coming Soon!

## CONTACTS

### Magellan of Idaho

Magellan of Idaho manages the substance use disorder treatment and recovery support services network on behalf of DHW and helps Idahoans access the recovery services they need.

**Phone**
1-855-202-0973

**URL**

https://magellanofidaho.com/ [↗]

# Additional treatment resources

Behavioral Health Treatment Services Locator [↗]

---

Opioid Resources

---

**Page last updated:** 12-2-2025



About Us

Careers
Contact Us
DHW Blog
DHW Newsletters [↗]
Language Assistance
Non-Discrimination
Public Records Request
Website Funding

Crisis Services

Report Child Abuse
Report Fraud
Submit a Child Care Complaint
Suicide Hotline

 **IDAHO DEPARTMENT OF**
**HEALTH & WELFARE**       Services & Programs        Health & Wellness        News & Notices        🔍

Home  |  Idaho Falls Office

# Idaho Falls Office



150 Shoup Ave.
Idaho Falls, ID 83402
United States

**Monday - Friday:**    8:00 am-5:00 pm
**Saturday - Sunday:**  Closed
Closed on holidays. Some services are only available by phone. Please call before going to an office.

| SERVICES | PHONE NUMBERS |
|---|---|
| Background Check Unit | 208-528-5780 |

Hide Details

Background checks for individuals who provide direct care and service to program participants or individuals who may be certified or licensed by the Department

| Child and Family Services | 208-528-5900 |
|---|---|

View Details

Child Protection Reporting                                                                     855-552-5437
Hide Details

   Child Protection Reporting (24-hour)

---

Child Support Services                                                                          800-356-9868

---

Developmental Disabilities Program                                                      208-528-4040

---

Idaho Crisis and Suicide Hotline                                                                        988
Hide Details

   If you or a loved one is in crisis, call or text 9-8-8. For information about crisis services including 988, mobile response teams
   (MRTs), adult crisis centers, and youth crisis centers please visit: https://magellanofidaho.com/crisis-support.

---

Infant Toddler                                                                                       208-528-4060
View Details

---

Medicaid Services                                                                                  208-528-5750
View Details

---

Mental Health Services - Adult & Children                                               855-202-0973
Hide Details

   Magellan of Idaho is managing the Idaho Behavioral Health Plan (IBHP) which coordinates behavioral health benefits for
   Medicaid members and other Idaho residents. For more information, please visit: https://magellanofidaho.com/ or call the
   member line: 1-855-202-0973 (TTY 711) 24 hours a day, 7 days a week or the provider line: 1-855-202-0983 8 a.m. to 6 p.m.
   MT, 7 a.m. to 5 p.m. PT. If you or a loved one is in crisis, call or text 9-8-8.

---

Mental Health Services After Hours Crisis Line - Adult & Children                           988
Hide Details

   If you or a loved one is in crisis, call or text 9-8-8. For information about crisis services including 988, mobile response teams
   (MRTs), adult crisis centers, and youth crisis centers please visit: https://magellanofidaho.com/crisis-support.

---

Navigation Services                                                                               800-926-2588
View Details

---

Nursing Home Services                                                                           866-255-1190
View Details

---

Self-Reliance Benefits Assistance                                                             877-456-1233
View Details

---

Substance Use Services                                                                          855-202-0973
Hide Details

   Magellan of Idaho is managing the Idaho Behavioral Health Plan (IBHP) which coordinates behavioral health benefits for
   Medicaid members and other Idaho residents. For more information, please visit: https://magellanofidaho.com/ or call the
   member line: 1-855-202-0973 (TTY 711) 24 hours a day, 7 days a week or the provider line: 1-855-202-0983 8 a.m. to 6 p.m.
   MT, 7 a.m. to 5 p.m. PT. If you or a loved one is in crisis, call or text 9-8-8.